UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------------x
DANIELLE SUTTON,

                                          Plaintiff,                    CV 18-7434
                                                                          (JS)(ARL)

    -against-

STONY BROOK UNIVERSITY, NICOLE GALANTE in her Individual
and Official Capacities, CHARLES TABER in his Official Capacity,

                                          Defendants.
------------------------------------------------------------------------------------------x

## DECLARATION IN SUPPORT OF MOTION TO DISMISS

      NICOLE GALANTE, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

      1.     I am the Acting Director of the English Teacher Education Program at Stony Brook University, and a Defendant in this action.  I have served in this capacity since June 1, 2016, and oversee program activities such as student teaching placements and field experience.  In this capacity, I am fully familiar with the facts and circumstances relating thereto.  I submit this declaration in support of Defendants' motion to dismiss pursuant to F.R.C.P. 12(b)(1) and (6).

      2.     Attached hereto as Exhibit 1 is a true and accurate copy of the printout of the Group Text Messages from Thomas Mangano, a Stony Brook Employed Student Teaching University Supervisor, to his student teaching seminar group including Plaintiff, which I received from Thomas Mangano on October 2, 2017, and maintained in the regular course of business in my capacity as Acting Director of the English Teacher Education Program.

3. Attached hereto as Exhibit 2 is a true and accurate copy of a September 29, 2017 email from Plaintiff to me, which I received and maintained in the regular course of business in my capacity as Acting Director of the English Teacher Education Program.

4. Attached hereto as Exhibit 3 is a true and accurate copy of an October 3, 2017 email from me to Plaintiff, copying Sharon Anthony, Thomas Mangano and Ken Lindblom, which I sent and maintained in the regular course of business in my capacity as Acting Director of the English Teacher Education Program.

5. Attached hereto as Exhibit 4 is a true and accurate copy of an October 9, 2017 email from me to Plaintiff, which I sent and maintained in the regular course of business in my capacity as Acting Director of the English Teacher Education Program.

6. Attached hereto as Exhibit 5 is a true and accurate copy of an October 11, 2017 email from me to Plaintiff, copying Ken Lindblom, which I sent and maintained in the regular course of business in my capacity as Acting Director of the English Teacher Education Program.

7. Attached hereto as Exhibit 6 is a true and accurate copy of an October 11, 2017 email from me to Cooperating Teacher Dawn DelSeni, copying Plaintiff, Sharon Anthony, Thomas Mangano, and Ken Lindblom, which I sent and maintained in the regular course of business in my capacity as Acting Director of the English Teacher Education Program.

8. Attached hereto as Exhibit 7 is a true and accurate copy of October 16, 2017 and October 17, 2017 emails from me to Plaintiff, copying Melissa Jordan, Charles Taber and Ken Lindblom, with two attachments consisting of a "Spring 2018 Student Teaching Contract" and a "Reflection Requirements" assignment, which I sent and maintained in the regular course of business in my capacity as Acting Director of the English Teacher Education Program.

Dated: Stony Brook, New York
March  20 , 2019

By: _____
Nicole Galante