



student teaching experience with you in the fall. I would like to invite all of you to a working breakfast on Saturday June 13, between 8 a.m. and 10:09 a.m. The location is yet to be determined. At that time we can address any additional concerns that you may have, and most importantly develop a plan of action that will support your student teaching goals and objectives. Kindly confirm your



**Left screen (3:21 PM, To: Brooke Stein... & 4 more):**

...confirm your attendance at the breakfast
Regards,
T. Mangano

Correction: The breakfast date should be June 3. Kindly confirm.
Tx,

Thu, May 18, 12:51 PM

**Right screen (3:22 PM, To: Brooke Stein... & 4 more):**

...meet at the hotel Indigo in Riverhead, on Saturday, June 3, at 8:45. I look forward to seeing all of you as we make plans for your exciting student teaching experience in the fall.
Kindly confirm.
T



To: Brooke Stein... & 4 more

Sat, May 27, 9:10 AM

> Hello all, I found a place for breakfast that should be convenient for everyone. Let's meet at the Hotel Indigo in Riverhead, on Saturday, June 3, at 8:45. I look forward to seeing