**From:** Danielle Sutton danielle.sutton@stonybrook.edu
**Subject:** Dr. Mangano's comments/attitude towards me
**Date:** September 29, 2017 at 4:03 PM
**To:** Nicole Galante Nicole.Galante@stonybrook.edu



Dr. Galante,



I don't know if you are aware, but I feel that Dr. Mangano has been treating me differently. I know that I have had some issues with getting to the school when I'm supposed to, and I understand that I had 2 "bad" lessons, but every time he meets with me at the school, or whenever I see him during the seminar, I get this vibe from him that he doesn't feel this (pursuing a career in teaching) is the right career choice for me, and, that because he feels this way, he's going to make sure I don't become a teacher. He has more than once asked me WHY I am interested in this career choice, and made comments, that reeked of a desperate plea to steer me away from the profession. By the way, whenever I tell him I'm doing well with the 10th and 11th graders, instead of asking me about how well things are going with those grades, he brushes off what I have to say, and instead, finds a way to bring the conversation back to how bad my lessons were with the 9th graders, really focusing on the situation there, as if I am not capable of being a teacher because I had 2 bad lessons with the 9th graders! I understand that I had 2 bad lessons, but that is not a reason to question someone as to why they want to pursue this career. When he asked me that, and then went off on a tangent about how if I don't meet his requirements, I won't be placed, honestly, I was holding back tears. I literally had tears in my throat. I couldn't believe a professor was going to tell me basically what I should and shouldn't do with my *life*. I want to be a teacher. Obviously, I want to do this, otherwise I would have withdrawn a long, long time ago, but honestly, sometimes it feels like Dr. Mangano has decided to play God with my career, and honestly, it feels personal. I feel as if this man has a personal beef with me because I did not meet him for his "student teaching breakfast" during the summer.

I didn't meet with him for breakfast for two reasons. One, being that I was working & busy, and the second reason I didn't meet with him was that I felt extremely uncomfortable meeting with my professor at a hotel at 7:30 in the morning during the summer. When I received that first text being "asked" to breakfast, honestly, I thought to myself, this is so weird/inappropriate, creepy and wrong, and not right. He's my professor! I was creeped out by it. And the repeated phone calls & text messages, like, it got to the point over the summer where, honestly, I felt bad for not going through with seeing him only because I was concerned if I didn't meet with him, he was going to take it out on me during the student teaching experience. And honestly, he is, which by the way (in case you are unaware of this) is actually an abuse of power. Think about it. He's my professor, someone who is in a position of authority, and he is repeatedly sitting me down and disciplining me for not doing exactly what he says. He is also holding it against me that I didn't meet with him over the summer, for he has repeatedly brought up how I didn't meet with him during the summer, as if I didn't care about my student teaching experience. No, I care, I just a) had a job and b) felt extremely uncomfortable meeting with him during the summer, not on school property.

I do not think other student teachers are being treated the way I am being treated. I think part of the problem is Dr. Mangano feels that I do not respect him. I respect him, I just feel uncomfortable around him, sometimes. I feel uncomfortable repeatedly being asked to phone him, and talk to him, etc. And I remember the breakfast texts of the summer. While I understand he may only want the best for me, it sure doesn't come across that way. He makes me feel bad about myself and my decision to pursue teaching. He makes me feel as if I don't deserve to be a teacher. That is not how you are supposed to treat students who are paying for a degree! I have quite a few family members who are lawyers, and I, myself, was considering law school. I know my rights. I have rights. While, theoretically, yes, I suppose he can end my time at Sachem, he can't end my pursuit of this career, or end my semester, and kick me out of the university mid-semester. He can't do that! Stony Brook is a public university. I paid my bill. I have every right to be in the student teaching seminar & be student teaching. I was accepted into student teaching, you can't end it before the 75 days are completed, unless I did something horribly "wrong." But I'm not doing anything "wrong!"

I will correct all of my "issues" and I will give this 150%, and teach correctly, but I want you to know it's hard to get past Dr. Mangano saying things to me like, my teaching was "horrible" (when okay it was a bad lesson, but not horrible) and "I have a long way to go with my instruction until it is good." My instruction is fine, for the most part (with the exception of those 2 "bad" lessons) In fact, Ms. DelSeni, my CT, has told me I am doing a very, very good job with all of the grades! Dr. Mangano's comments are denigrating, belittling, and not how I'd expect my field experience supervisor to be treating me. I think because I look young, and there is such a vast age difference between Dr. Mangano & I, that he feels he can get away with "disciplining" me, and I'll just take it, but I am not some teenage girl. I'm an adult, and I would really appreciate it if you would speak to him about his manner in how he's treating me, and the manner of the comments he's making, and how these comments & conversations make me feel bad about myself, and make me want to cry. That is bullying. The conferences with him are supposed to be informative and an opportunity to talk about how I'm teaching. By the way, he never really focuses on the positives of my lessons, but rather dwells at length on the negatives. It's very belittling, and it makes me feel like I'm being bullied by the Professor. Professors are not supposed to bully their students. That's an abuse of power.

I just thought you should be aware of these things.

Danielle