**From:** Nicole Galante nicole.galante@stonybrook.edu
**Subject:** Re: Fingerprinting at Sachem
**Date:** October 3, 2017 at 11:12 AM
**To:** Danielle Sutton danielle.sutton@stonybrook.edu
**Cc:** Sharon Anthony sharon.anthony@stonybrook.edu, Thomas Mangano eddoc2k@yahoo.com
**Bcc:** Ken Lindblom kenneth.lindblom@stonybrook.edu

Danielle,

I understand that you're upset. However, I can assure you that the district's request for your fingerprinting records is not an indication that you are a victim of a conspiracy. It is legally necessary for the district to confirm that you have been fingerprinted in order for you to work with their students. Please update me about your status after you meet with them today.

This email as well as your previous email to me with the subject, "Dr. Mangano's comments/attitude towards me," both carry heavy accusations about the actions and intentions of your professors and our program. We need to meet to discuss the ways your disposition and actions reflect the commitment you made to represent Stony Brook as a student teacher. I saw your request to move our meeting from 3:00 to 3:30, but I will not be able to change the time. Please meet me and Dr. Mangano in my office tomorrow at 3:00.

-Dr. Galante

························································

Nicole Galante, Ph.D
Acting Director, English Teacher Education Program
English Department
Stony Brook University
Office: Humanities 2084
Office: 631.632.7303
Facebook | Twitter
nicole.galante@stonybrook.edu

On Oct 3, 2017, at 6:46 AM, Danielle Sutton <danielle.sutton@stonybrook.edu> wrote:

Ms. Anthony,

I have been fingerprinted! I was fingerprinted at the end of Methods 1 in December 2015, just like I was supposed to be. I asked Dr. Mangano on the first day of school/seminar if I needed to be fingerprinted or attend any type of orientation because I WAS AWARE OF THIS and he said to me, "no." What I would like to know is, if he was aware of district protocol, where does he come off saying no I don't need fingerprinting or anything? He is a retired Principal. He knows proper protocol. He had to know about fingerprinting. It seems as if Dr. Mangano has been out to sink me since day one. Paige and the other classmates in my seminar ALL followed district protocol. They were all fingerprinted and given official ID's. I AM THE ONLY STUDENT in the entire Fall 2017 program who was told, "no, I don't need fingerprinting" as if Dr. Mangano knew from day 1 that I would be kicked out of the school because I wouldn't have this. It's pretty interesting that just **two** days after he threatened to kick me out of the school (by the way, that is totally illegal) I'm suddenly being told not to report. This is outrageous and very "fishy." What I'd like to know is how many other student teacher's has Stony Brook "accidentally" messed up with? I assure you, ZERO.

I will be reporting to the district office today with ALL of my necessary documents that I have in my possession. I will be going back to Sachem North as soon as I am cleared. The students NEED me there (they like me as their student teacher, believe it or not) and I want to, and need to be there for them. This is SO WRONG, and proves a point I have long believed- that I am being conspired against to be kicked out of the English Education program because Dr. Lindblom does not feel that I am cut out to be an English teacher, or cut out to be any kind of teacher. I am in possession of a very nasty email from him from 2015 where he tried to kick me out of the MAT program. Dr. Mangano has had similar conversations (similar in that the phrasing of the questioning is similar to the wording of Dr. Lindblom's email) with me and I have personal reason to believe that Dr. Lindblom has had conversations with Dr. Mangano about me.

I'm going to say it again. It is not right that both the students and myself have to suffer because of STONY BROOK's mistake and failure to follow the proper protocol. What about the students? It is preached over and over in this program "everything for the students" - well, now the student's have lost their student teacher that they liked, and they were learning from. This is absolutely shameful. Wrong. Appalling.

This is VERY disturbing, and I am VERY unhappy with the situation at hand.

-Danielle