**From:** Danielle Sutton danielle.sutton@stonybrook.edu
**Subject:** Re: Fingerprinting at Sachem
**Date:** October 9, 2017 at 4:49 PM
**To:** Nicole Galante nicole.galante@stonybrook.edu

Dr. Galante,

Okay, I will be there at 5:30.
See you then.

-Danielle

On Mon, Oct 9, 2017 at 3:11 PM, Nicole Galante <nicole.galante@stonybrook.edu> wrote:
> Danielle,
>
> Can you please meet me at my office on Wednesday, Oct. 11, at 5:30 pm after the Academic Language Workshop (mandatory for all student teaching candidates)?
>
> And, going forward, please do not report to Dr. Mangano's seminar any more. You are now assigned to Professor Anthony for seminar; they meet in her office on Wednesdays at 4:00. We will discuss this and more at our meeting on Wednesday.
>
> -NG
>
> ................................
>
> **Nicole Galante, Ph.D**
> **Acting Director, English Teacher Education Program**
> **English Department**
> **Stony Brook University**
> Office: Humanities 2084
> Office: 631.632.7303
> Fall 2017 Office Hours **Beginning 8/30/17:** W-3:00-4:00, Th-3:30-5:30, by appointment
> Facebook | Twitter
> nicole.galante@stonybrook.edu
>
>  Stony Brook University
>
> On Thu, Oct 5, 2017 at 2:47 PM, Danielle Sutton <danielle.sutton@stonybrook.edu> wrote:
>> Dr. Galante,
>> Since there is no school Monday due to Columbus Day, I actually made plans to go out of town this weekend and I will be coming back on Monday. Could you tell me when you're in your office aside from your office hours (I know when your office hours are) and then I can see which time works best.
>> Thanks.
>> -Danielle

