From: Nicole Galante nicole.galante@stonybrook.edu
Subject: Meeting Summary
Date: October 11, 2017 at 8:16 PM
To: Danielle Sutton danielle.sutton@stonybrook.edu
Bcc: Ken Lindblom kenneth.lindblom@stonybrook.edu



Danielle,

We had a conversation this evening about how your teaching was going in both your 9th and 11-12th grade AIS ELA classes that indicated you have had some success with lessons (as you have measured by student participation), though you have been dealing with classroom management issues (mainly from four specific students in your 11-12th grade class), and that you have been advised that you can "give them zeros" if they aren't willing to complete their work. You indicated that your cooperating teacher and you are both at loss about how to manage the class and how to motivate the students who aren't intrinsically motivated—and that threatening their grades didn't work.

Dr. Mangano gave you feedback on your lessons and told you that the content was "over their heads" and inappropriate. You expressed that you felt his feedback was harsh and you felt like he was disciplining you. You asked "Aren't professors supposed to support you and give you constructive criticism?" Dr. Mangano's actions were completely appropriate and his feedback was relevant. As your supervisor, he is offering support through feedback and ensuring that you are acting professionally and teaching at a level appropriate to the development of your students as they reach towards mastery of standards.

We also discussed your professionalism in your placement and the fact that you did not arrive to school "on time" (though you were there a few minutes before the bell rang each day, your CT asked you to arrive when she did—15-20 minutes before the beginning of class) for the first few weeks of your student teaching, and that you were leaving early (8th period), but that you recently addressed this issue and have been arriving on time. You affirmed that you have been handing in lesson plans on Thursdays of each week (except for the first week of your placement) and that you have been getting minimal feedback from your CT ("Dawn says: yeah, these are ok.").

We had a discussion about the claims you made about your interactions with Dr. Mangano and his feedback to you. Specifically, we discussed your reaction to his breakfast invitation over the summer and how you felt it was "creepy" that he "invited you" to breakfast. We discussed that we both have copies of the text message that was, in fact, an invitation to your seminar group (and not just to you individually), and that he called it a "working breakfast" that was to take place at 8:45 (not 7:30) am as you claimed in your email. You indicated that your reaction in your email about this incident specifically and about Dr. Mangano's interactions with you in general was an emotional one and that you were responding to your feelings. I pointed out that your email was not professional at all and that your feelings are better expressed in your personal writing rather than vented to your program director—especially when making accusations about your University Supervisor. You agreed and clarified that your emails were purely an expression of your emotional reactions and that your claims about Dr. Mangano's intentions were based on feelings not on actions.

We also discussed your commitment to the requirements of student teaching in your application and in the documents you signed and pledged to uphold in student teaching orientation and the ways in which you need to take responsibility for your actions: both positive and negative. When asked by Sachem SD to provide documentation of your fingerprinting records, your reaction was to blame Stony Brook ("Stony Brook should have taken care of this because I'm the student..."). We both agreed that you need to advocate for yourself in a responsible, professional way. Additionally, we talked about your "rights" as a student in the program and clarified that your continuance of the program is at the discretion of the program director (me) and that my decisions are informed by your supervisor's evaluations of your performance and your disposition as a future Teacher of English.

We reviewed your Lesson Evaluation Forms completed by Dr. Mangano for lessons dated September 25 and September 29, respectively. You were not rated higher than "developing" in any of the categories on either lesson evaluation. This is not acceptable, and we discussed moving forward to evaluate and reflect on the specific pieces of your lesson that were rated "ineffective" in future. We also reviewed evaluation forms completed by your CT, Dawn DelSini. Her evaluation of your Dispositions (the DSF) and your overall proficiency (the TCPDF) were negative and did not show that she endorses you as a teacher. Her closing comments on the TCPDF were harsh and expressed doubt in your "passion and drive for the profession." I expressed to you that I disagreed with this claim, and, in fact, though I see gaps in your knowledge of pedagogy and in your professionalism that need to be addressed, the one thing that I was sure of was your passion and drive for the profession.

With all of this in mind, I informed you that your placement at Sachem with Dawn DelSini would conclude this week on Friday, 10/13/17. I sent an email to that effect to Dawn and you and copied both Professor Anthony and Dr. Mangano. We discussed what would need to happen before we could place you in another classroom as a student representing Stony Brook's English Teacher Education Program and we agreed to the following:

- Your last day of student teaching at Sachem will be Friday, 10/13.
- The 24 days of student teaching you completed at Sachem will count towards your total days if you are permitted to continue student teaching at a later date.
- You are advised to send plans for next week to Ms. DelSini as is customary for you to do on Thursdays.
- I will send you guidelines for work to complete by November 1 that will require you to do deep reflection on your practice, professionalism, and commitment to the profession and to speak to the issues I will identify based on the reviews of your lessons and dispositions that I have received from your CT and University Supervisor. I will send you this via email no later than this Monday, 10/16.
- After you complete the above work, we will meet to discuss and I will consider whether or not you are ready for another student teaching placement.
- If you are permitted to continue student teaching, you will do so in the Spring, 2018 semester (beginning in January, before the

If you are permitted to continue student teaching, you will do so in the Spring, 2018 semester (beginning in January, before the official start of the semester at Stony Brook) and you will do so after signing a contract that details the requirements of your commitment.
- You will be supervised by Professor Sharon Anthony, Director of Student Teaching and will have seminar with her (either individually or as part of her Spring seminar class).
- You will receive a grade of "I" (Incomplete) in all three Student Teaching courses you have registered for for Fall 2017. If you are permitted to continue student teaching in the Spring, that grade can be converted to a "P/F" grade. If not, you will receive no credit for the course ("N/C").

Finally, you and I talked about your desire to teach and your commitment to improving. You have agreed to be open, adaptable, flexible, and responsive to advice and feedback from your professors in the program and from me. I expressed my support of you and my hope that we can reevaluate and move forward together soon. I want to reiterate here what I said then: this program and its professors are here to help you succeed. We want you to achieve your dream of teaching English and will do all we can to help you do so.

As I said this evening, please reach out if you have any questions or need any help as you end your Sachem placement this week. You can reach out via email or via phone (you can text or call any time) at (631) 848-1554.

Finally, if you feel that any decision has been made unfairly, you have the right to appeal it through the Office of the Vice Provost of Graduate and Professional Education. You may do this by sending an email to Mellissa Jordan at melissa.jordan@stonybrook.edu. More information can be found at this link:
http://sb.cc.stonybrook.edu/gradbulletin/current/regulations/academic_probation/appeals.php

Best,
Dr. Galante
................................................

**Nicole Galante, Ph.D**
**Acting Director, English Teacher Education Program**
**English Department**
**Stony Brook University**
Office: Humanities 2084
Office: 631.632.7303
Facebook | Twitter
nicole.galante@stonybrook.edu