From: **Nicole Galante** nicole.galante@stonybrook.edu
Subject: **Change to Danielle's Placement**
Date: October 11, 2017 at 7:15 PM
To: Dawn DelSeni-Milkowich ddelsenimilkowich@sachem.edu, Danielle Sutton danielle.sutton@stonybrook.edu
Cc: Sharon Anthony sranthony2012@gmail.com, Thomas Mangano thomas.mangano@stonybrook.edu
Bcc: Ken Lindblom kenneth.lindblom@stonybrook.edu



Dawn,

Danielle and I have just finished meeting to discuss issues raised by her, by you, and by Tom during her placement at Sachem. We have agreed that, in order to focus on deep reflection and improvement in key areas, Danielle will finish her placement in your classroom this week; her last day will be Friday, October 13th. Danielle and I discussed her giving you lesson plans for the upcoming week tomorrow so that she won't leave you without a plan.

I know that this is an abrupt end to Danielle's time in your classroom, and I ask for your understanding and continued support for her as she makes this transition to reflect on and improve her practice. Thank you for your willingness to work with Stony Brook, and your desire to better the field of teaching English. We appreciate all you have done and continue to do in connection with our English Teacher Education Program.

If you have any questions about this, please feel free to email me or call me directly on my cell phone (631) 848-1554.

Best,
Nicole Galante
..............................................

**Nicole Galante, Ph.D**
**Acting Director, English Teacher Education Program**
**English Department**
**Stony Brook University**
Office: Humanities 2084
Office: 631.632.7303
Facebook | Twitter
nicole.galante@stonybrook.edu