**From:** **Nicole Galante** nicole.galante@stonybrook.edu
**Subject:** Re: English Teacher Education Program
**Date:** October 17, 2017 at 9:08 AM
**To:** **Danielle Sutton** danielle.sutton@stonybrook.edu
**Cc:** **Melissa Jordan** MELISSA.JORDAN@STONYBROOK.EDU, **Charles Taber** charles.taber@stonybrook.edu
**Bcc:** **Kenneth Lindblom** kenneth.lindblom@stonybrook.edu

Danielle,

Please note a correction to number 4 below:

CEE 590 is an A-F graded course. Therefore, if you continue student teaching in the Spring, your grade will be changed from an Incomplete ("I") to a letter grade of A-F.

CEQ 591 and 592 are S/U graded courses. If you continue student teaching in the Spring, your grade will be changed from an Incomplete ("I) to a S/U grade.

-NG

> On Oct 16, 2017, at 3:30 PM, Nicole Galante <nicole.galante@stonybrook.edu> wrote:
>
> Danielle,
>
> I have not received a response from you regarding our discussion about your continuation in the English Teacher Education Program. I am writing you now to formalize the discussion.
>
> In order to continue in the English Teacher Education Program and to have the opportunity to continue your student teaching in the Spring, 2018 semester, you must agree to meet the expectations below. Please indicate your agreement to these terms by responding to this email **by Tuesday, October 24** (one week from today). If I do not receive a positive response from you by then, I will request your formal dismissal from the English Teacher Education Program.
>
> 1. You will be required to complete deep reflection on your practice, professionalism, and commitment to the profession and to speak to the issues identified based on the reviews of your lessons and dispositions that I have received from your CT and University Supervisor (see attached).
>
> 2. You will meet with Dr. Galante during the week of December 11, 2017, to discuss whether you are ready to begin a second student teaching placement.
>
> 3. If you are permitted to continue student teaching, you will do so in Spring, 2018 (beginning in January, before the official start of the semester at Stony Brook) and you will do so after signing a contract that details the requirements of your commitment (see attached).
>
> 4. You will receive a grade of "I" (Incomplete) in all three student teaching courses you have registered for for Fall 2017. If you are permitted to continue student teaching, then those grades can be converted to "P/F" grades. If not, you will receive no credit for the course ("N/C").
>
> Sincerely,
> Dr. Galante
>
> ......................................................
>
> **Nicole Galante, Ph.D**
> **Acting Director, English Teacher Education Program**
> **English Department**
> **Stony Brook University**
> Office:Humanities 2084
> Office: 631.632.7303
> Fall 2017 Office Hours **Beginning 8/30/17:** W-3:00-4:00, Th-3:30-5:30, by appointment
> Facebook | Twitter
> nicole.galante@stonybrook.edu
>
> Stony Brook University
>
> <DanielleSuttonContract.docx><DanielleSuttonReflectionGuidelines.docx>

Danielle Sutton

**Spring 2018 Student Teaching Contract:**

I understand that I am expected to student teach for 75 days of school, and that I am expected to be on time **every day** and stay for the entire school day.

I understand that **any** latenesses, absences, or failures to turn in written lesson plans and other work will negatively impact my ability to continue student teaching.

I understand that I will compose a lesson plan for each lesson I teach, and that my planning will be done in conjunction with conversations and review by my cooperating teacher.

I understand that I am a guest in my cooperating teacher's classroom and that my cooperating teacher's professional decisions regarding the students in that class are final.

I understand that I am expected to dress and otherwise behave in professionally appropriate ways.

I will engage in frequent communication with Professor Anthony, keeping her apprised of any issues that arise and asking for her advice and assistance as appropriate.

I understand that student teaching is an earned privilege that requires the endorsement of the Director of English Teacher Education; I understand that in all my student teaching activities I must demonstrate **mastery of the discipline and pedagogy as appropriate for a beginning teacher**. I understand that if my abilities or knowledge are not sufficient, I may be removed from my student teacher placement and required to complete additional tasks (including completing additional field experience and/or taking additional coursework) before being permitted to apply for another placement.

I understand that the Lesson Evaluation Forms (LEF) completed by my University Supervisors and my Cooperating Teacher are used to inform decisions about my progress in the program.

I understand that the faculty of the English Teacher Education Program want to see me succeed and will support my efforts as long as they feel sure that I am putting in all responsible efforts in my student teaching activities.

________________________________ ________________

Signature Date

Danielle Sutton
Reflection Requirements
Student Teaching Experience
Fall, 2017

Please reflect on the following areas in writing, noting, where applicable, evidence from your student teaching experience during the Fall 2017 semester.
Your written reflections will be **due no later than November 1, 2017**. We will meet to discuss your reflections **during the week of December 11, 2017**.

For **each of the four areas: Professionalism, Teacher Candidate Professional Development, Dispositions, and Pedagogy**, please write 5-7 pages in response to the following questions:

- What does success look like in this area? How do you know? What professional resources have you found that offer guidelines or a model for success in this area? Discuss how you can internalize these and apply them to your own practice.
- In what ways have you been successful in this area? In what ways have you been unsuccessful in this area?
- What will you do differently to prepare to be successful in this area in the future? What will you do the same?
- How are you feeling about this area? How do these feelings affect your professional approach to this area in a positive way? How do your feelings affect your professional approach to this area in a negative way?
- What have you learned from your mentors (your professors, your cooperating teacher) that can help you in this area? How will you apply these lessons to your own disposition and actions in the classroom?
- How will reflection and growth in this area affect your relationship to and with your students? How will reflection and growth affect your students' success in your classroom?

1. **Professionalism**
   - Maintaining the professional duties of a classroom teacher (i.e., timeliness, preparedness, attending meetings about students, communicating with parents, being collegial with other teachers/ administrators in the building).
   -
2. **Teacher Candidate Professional Development**
   - Review the evaluation instrument used by CTs and University Faculty at Stony Brook below. Use these expectations to guide your reflections in this area.

## The Learner and Learning TCPDF #1 Learner Development:

| | |
|---|---|
| **To what extent does the teacher candidate:** | 5 6 7 8 |

**1. Understand how learners grow and develop, recognizing that patterns of learning and development vary individually within and across the cognitive,**

**linguistic, social, emotional, and physical areas, and designs and implements developmentally appropriate and challenging learning experiences. *(Knowledge and Performance*)**

*The teacher candidate designs and implements developmentally appropriate instructional strategies that demonstrate knowledge of how different learners construct knowledge, acquire skills, and develop disciplined thinking processes.

*The teacher candidate understands that each student's cognitive, linguistic, social, emotional, and physical development influences learning and makes instructional decisions that build on students' strengths and needs.

*The teacher candidate identifies readiness for learning and understands how development in any one area may affect performance in others.

Comments:________________________________________

________________________________________

## The Learner and Learning TCPDF #2 Learning Differences:

| | | | | |
|---|---|---|---|---|
| **To what extent does the teacher candidate:** | 5 | 6 | 7 | 8 |

**2. Use understanding of individual differences and diverse cultures and communities to ensure inclusive learning environments that enable each learner to meet high standards. (*Disposition*)**

*The teacher candidate understands and identifies differences in approaches to learning and performance.

*The teacher candidate designs, adapts, and delivers instruction to address each student's diverse learning
strengths and needs.

*The teacher candidate uses instructional strategies that are sensitive to students' experiences including linguistic, social, and cultural backgrounds.

*The teacher candidate connects instruction to each student's prior knowledge and experiences

*The teacher candidate helps all students reach their full potential.

Danielle Sutton
Reflection Requirements
Student Teaching Experience
Fall, 2017

*The teacher candidate makes students feel valued and helps them learn to value each other.

*The teacher values diverse languages and dialects, knows about second language acquisition processes, and knows how to incorporate instructional planning, strategies, and resources to support language acquisition and the maintenance of native language and culture.

Comments:________________________________________________

________________________________________________________

## The Learner and Learning TCPDF #3 Learning Environments:

| To what extent does the teacher candidate: | 5 | 6 | 7 | [redacted] |
|---|---|---|---|---|

**3. Work with others to create environments that support individual and collaborative learning, and that encourage positive social interaction, active engagement in learning, and self motivation. (*Disposition*)**

*The teacher candidate understands the relationship between motivation and engagement and knows how to design learning experiences that build learner self-direction and ownership of learning.

*The teacher candidate collaborates with learners and colleagues to develop shared values and expectations for respectful interactions, rigorous academic discussions, and individual and group responsibility for quality work.

*The teacher candidate values the role of learners in promoting each other's learning and recognizes the importance of peer relationships in establishing a climate of learning.

*The teacher candidate is committed to supporting learners as they participate in decision making, engage in exploration and invention, work collaboratively and independently, and engage in purposeful learning.

Comments:________________________________________________

________________________________________________________

## Content Knowledge TCPDF #4 Content Knowledge:

| To what extent does the teacher candidate: | 5 | 6 | 7 | [redacted] |
|---|---|---|---|---|

Danielle Sutton
Reflection Requirements
Student Teaching Experience
Fall, 2017

**4. Understand the central concepts, tools of inquiry, and structures of the discipline(s) s/he teaches and creates learning experiences that make these aspects of the discipline accessible and meaningful for learners to assure mastery of the content. (*Knowledge)***

*The teacher candidate's instructional strategies demonstrate an understanding of the major concepts, assumptions, debates, processes of inquiry, and ways of knowing that are central to the discipline(s) s/he teaches.

*The teacher candidate builds on learners' prior knowledge and experiences and uses culturally and developmentally relevant content.

*Teacher candidate understands and anticipates common misconceptions in learning the discipline and knows how to guide learners to accurate understanding of the material.

*Instructional strategies reflect an understanding that content knowledge is not a fixed body of facts but is complex, culturally situated, and constantly evolving.

Comments:

## Content Knowledge TCPDF #5 Application of Content:

| | | | | |
|---|---|---|---|---|
| **To what extent does the teacher candidate:** | 5 | 6 | 7 | [redacted] |

**5. Understand how to connect concepts and use differing perspectives to engage learners in critical thinking, creativity, and collaborative problem solving related to authentic local and global issues. (*Knowledge and Performance)***

*The teacher candidate understands critical thinking processes and employs high level questioning.

*The teacher candidate explores the complexities of the instructional content and teaches students how to apply the appropriate conceptual tools from the relevant disciplines.

*The teacher understands how current interdisciplinary themes (e.g., civic literacy, health literacy, global awareness)

connect to the core subjects and knows how to weave these themes into meaningful learning experiences.

*The teacher candidate uses authentic assessment to apply content knowledge to real world problems through the lens of interdisciplinary themes (such as financial or environmental literacy).

*The teacher candidate incorporates learner literacy development in the content area.

The teacher candidate understands how to use digital and interactive technologies for efficiently and effectively achieving specific learning goals.

Comments:________________________________________

________________________________________________

## Instructional Practice TCPDF #6 Assessment:

| To what extent does the teacher candidate: | 5 | 6 | 7 | 8 |
|---|---|---|---|---|

**6. Understand and use multiple methods of assessment to engage learners in their own growth, to monitor learner progress, and to guide the teacher's and learner's decision making. (*Knowledge and Performance*)**

*The teacher candidate regularly assesses individual and group performance in order to design and modify instruction to meet learners' needs in each area of development.

*The teacher candidate understands both the different types and multiple purposes of assessment and how to design, adapt or select appropriate assessments to address specific learning goals and individual differences.

*The teacher candidate engages students in the assessment process and encourages them to review their own progress and learning.

Comments:________________________________________

________________________________________________

## Instructional Practice TCPDF #7 Planning for Instruction:

| To what extent does the teacher candidate: | 5 | 6 | 7 | 8 |
|---|---|---|---|---|

Danielle Sutton
Reflection Requirements
Student Teaching Experience
Fall, 2017

**7. Plan instruction that supports every student in meeting rigorous learning goals by drawing upon knowledge of content areas, curriculum, cross-disciplinary skills and pedagogy as well as knowledge of learners and the community context. (*Performance*)**

*The teacher candidate uses knowledge of content, content standards, and the curriculum to design appropriate learning experiences.

*The teacher candidate demonstrates knowledge of a range of instructional strategies, resources, and technological tools and is capable of applying the latter effectively to meet diverse learning needs.

*Instructional strategies demonstrate an understanding of learning theory, human development, cultural diversity, and individual differences.

*The teacher candidate establishes appropriate short- and long-term goals.

* Teacher candidate plans for instruction based on formative and summative assessment data, prior learner knowledge, and learner interest.

* The teacher candidate knows when and how to access resources and collaborate with others to support student learning (e.g. special educators, language learner specialists, media specialists, community organizations).

Comments:________________________________________

________________________________________________

## Instructional Practice TCPDF #8 Instructional Strategies:

| | | | | |
|---|---|---|---|---|
| **To what extent does the teacher candidate:** | 5 | 6 | 7 | [redacted] |

**8. Understand and use a variety of instructional strategies to encourage learners to develop deep understanding of content areas and their connections and to build skills to apply knowledge in meaningful ways.(Performance)**

*The teacher candidate understands the cognitive processes associated with various kinds of learning (e.g. critical and creative thinking, problem framing and solving, invention, and memorization).

Danielle Sutton
Reflection Requirements
Student Teaching Experience
Fall, 2017

* The teacher candidate applies a range of developmentally, culturally, and linguistically appropriate instructional strategies to differentiate instruction.

*The teacher candidate asks questions that stimulate discussion, probe for understanding, help learners articulate their ideas and thinking processes, and stimulate curiosity.

*The teacher candidate understands how content and skills can be developed through the use of technology and media and effectively employs these to access, interpret, evaluate, and apply information.

*The teacher candidate varies his/her role in the instructional process (e.g. instructor, facilitator, coach, audience).

Comments:______________________________________________

______________________________________________

## Professional Responsibility TCPDF #9 Professional Learning, Reflection and Ethical Practice:

| To what extent does the teacher candidate: | 5 | 6 | 7 | 8 |
|---|---|---|---|---|

**9. Engage in ongoing professional learning and use evidence to continually evaluate his/her practice, particularly the effects of his/her choices and actions on others (learners, families, other professionals, and the learning community), and adapt practice to meet the needs of each learner. (*Disposition*)**

*The teacher candidate continuously seeks opportunities for professional growth both within the university, and through engagement with the professional community.

**The teacher candidate takes responsibility for student learning and uses ongoing analysis and reflection to improve planning and practice.

The teacher candidate demonstrates an appropriate work ethic; arrives on time; is prepared; is professionally dressed, and communicates appropriately with students and colleagues.

*The teacher candidate understands laws related to learners' rights and teacher responsibilities (e.g., for educational equity, appropriate education for learners with

disabilities, confidentiality, privacy, appropriate treatment of learners, reporting in situations related to possible child abuse).

*The teacher candidate understands the expectations of the profession including codes of ethics, professional standards of practice, and relevant law and policy.

Comments:____________________________________________________________

___________________________________________________________________

## Professional Responsibility TCPDF #10 Leadership and Collaboration:

| To what extent does the teacher candidate: | 5 | 6 | 7 | [redacted] |
|---|---|---|---|---|

**10. Seek appropriate leadership roles and opportunities to take responsibility for student learning, to collaborate with learners, families, colleagues, other school professionals, and community members to ensure learner growth and to advance the profession. (*Disposition*)**

*The teacher candidate understands that alignment of family, school and community spheres of influence enhances student learning.

*The teacher candidate knows how to work with other adults and has developed skills appropriate for both face-to-face and virtual contexts.

*The teacher candidate engages in professional learning, contributes to the knowledge and skill of others, and works collaboratively to advance professional practice.

3. **Dispositions**
    - Use the InTASC Standards and the NYS Code of Ethics (both below) to guide your reflections in this area:

### InTASC Dispositions

Below are excerpts from the InTASC Core Standards pertaining to candidate dispositions.

**Standard 1**: The teacher understands the central concepts, tools of inquiry, and structures of the discipline(s) he or she teaches and can create learning experiences that make these aspects of subject matter meaningful for students.

- The teacher realizes that subject matter knowledge is not a fixed body of facts but is complex and ever-evolving. S/he seeks to keep abreast of new ideas and understandings in the field.

Danielle Sutton
Reflection Requirements
Student Teaching Experience
Fall, 2017

- The teacher appreciates multiple perspectives and conveys to learners how knowledge is developed from the vantage point of the knower.
- The teacher has enthusiasm for the discipline(s) s/he teaches and sees connections to everyday life.
- The teacher is committed to continuous learning and engages in professional discourse about subject matter knowledge and children's learning of the discipline.

**Standard 2**: The teacher understands how children learn and develop, and can provide learning opportunities that support their intellectual, social and personal development.

- The teacher appreciates individual variation within each area of development, shows respect for the diverse talents of all learners, and is committed to help them develop self-confidence and competence.
- The teacher is disposed to use students' strengths as a basis for growth, and their errors as an opportunity for learning.

**Standard 3**: The teacher understands how students differ in their approaches to learning and creates instructional opportunities that are adapted to diverse learners.

- The teacher believes that all children can learn at high levels and persists in helping all children achieve success.
- The teacher appreciates and values human diversity, shows respect for students' varied talents and perspectives, and is committed to the pursuit of "individually configured excellence."
- The teacher respects students as individuals with differing personal and family backgrounds and various skills, talents, and interests.
- The teacher is sensitive to community and cultural norms.
- The teacher makes students feel valued for their potential as people, and helps them learn to value each other.

**Standard 4**: The teacher understands and uses a variety of instructional strategies to encourage students' development of critical thinking, problem solving, and performance skills.

- The teacher values the development of students' critical thinking, independent problem solving, and performance capabilities.
- The teacher values flexibility and reciprocity in the teaching process as necessary for adapting instruction to student responses, ideas, and needs.

**Standard 5**: The teacher uses an understanding of individual and group motivation and behavior to create a learning environment that encourages positive social interaction, active engagement in learning, and self-motivation.

- The teacher takes responsibility for establishing a positive climate in the classroom and participates in maintaining such a climate in the school as whole.
- The teacher understands how participation supports commitment, and is committed to the expression and use of democratic values in the classroom.
- The teacher values the role of students in promoting each other's learning and recognizes the importance of peer relationships in establishing a climate of learning.

Danielle Sutton
Reflection Requirements
Student Teaching Experience
Fall, 2017

- The teacher recognizes the value of intrinsic motivation to students' life-long growth and learning.
- The teacher is committed to the continuous development of individual students' abilities and considers how different motivational strategies are likely to encourage this development for each student.

**Standard 6**: The teacher uses knowledge of effective verbal, nonverbal, and media communication techniques to foster active inquiry, collaboration, and supportive interaction in the classroom.

- The teacher recognizes the power of language for fostering self-expression, identity development, and learning.
- The teacher values many ways in which people seek to communicate and encourages many modes of communication in the classroom.
- The teacher is a thoughtful and responsive listener.
- The teacher appreciates the cultural dimensions of communication, responds appropriately, and seeks to foster culturally sensitive communication by and among all students in the class.

**Standard 7**: The teacher plans instruction based upon knowledge of subject matter, students, the community, and curriculum goals.

- The teacher values both long term and short term planning.
- The teacher believes that plans must always be open to adjustment and revision based on student needs and changing circumstances.
- The teacher values planning as a collegial activity.

**Standard 8**: The teacher understands and uses formal and informal assessment strategies to evaluate and ensure the continuous intellectual, social and physical development of the learner.

- The teacher values ongoing assessment as essential to the instructional process and recognizes that many different assessment strategies, accurately and systematically used, are necessary for monitoring and promoting student learning.
- The teacher is committed to using assessment to identify student strengths and promote student growth rather than to deny students access to learning opportunities.

**Standard 9**: The teacher is a reflective practitioner who continually evaluates the effects of his/her choices and actions on others (students, parents, and other professionals in the learning community) and who actively seeks out opportunities to grow professionally.

- The teacher values critical thinking and self-directed learning as habits of mind.
- The teacher is committed to reflection, assessment, and learning as an ongoing process.
- The teacher is willing to give and receive help.
- The teacher is committed to seeking out, developing, and continually refining practices that address the individual needs of students.
- The teacher recognizes his/her professional responsibility for engaging in and supporting appropriate professional practices for self and colleagues.

Danielle Sutton
Reflection Requirements
Student Teaching Experience
Fall, 2017

**Standard 10:** The teacher fosters relationships with school colleagues, parents, and agencies in the larger community to support students' learning and well-being.

- The teacher values and appreciates the importance of all aspects of a child's experience.
- The teacher is concerned about all aspects of a child's wellbeing (cognitive, emotional, social, and physical), and is alert to signs of difficulties.
- The teacher is willing to consult with other adults regarding the education and well-being of his/her students.
- The teacher respects the privacy of students and confidentiality of information.
- The teacher is willing to work with other professionals to improve the overall learning environment for students.

## New York State Code of Ethics for Educators

### Statement of Purpose

The Code of Ethics is a public statement by educators that sets clear expectations and principles to guide practice and inspire professional excellence. Educators believe a commonly held set of principles can assist in the individual exercise of professional judgment. This Code speaks to the core values of the profession. "Educator" as used throughout means all educators serving New York schools in positions requiring a certificate, including classroom teachers, school leaders and pupil personnel service providers.

### Principle 1: Educators nurture the intellectual, physical, emotional, social, and civic potential of each student.

Educators promote growth in all students through the integration of intellectual, physical, emotional, social and civic learning. They respect the inherent dignity and worth of each individual. Educators help students to value their own identity, learn more about their cultural heritage, and practice social and civic responsibilities. They help students to reflect on their own learning and connect it to their life experience. They engage students in activities that encourage diverse approaches and solutions to issues, while providing a range of ways for students to demonstrate their abilities and learning. They foster the development of students who can analyze, synthesize, evaluate and communicate information effectively.

### Principle 2: Educators create, support, and maintain challenging learning environments for all.

Educators apply their professional knowledge to promote student learning. They know the curriculum and utilize a range of strategies and assessments to address differences. Educators develop and implement programs based upon a strong understanding of human development and learning theory. They support a challenging learning environment. They advocate for necessary resources to teach to higher levels of learning. They establish and maintain clear standards of behavior and civility. Educators are role models, displaying the habits of mind and work necessary to develop and apply knowledge while simultaneously displaying a curiosity and enthusiasm for learning. They invite students to become active, inquisitive, and discerning individuals who reflect upon and monitor their own learning.

Danielle Sutton
Reflection Requirements
Student Teaching Experience
Fall, 2017

**Principle 3: Educators commit to their own learning in order to develop their practice.**

Educators recognize that professional knowledge and development are the foundations of their practice. They know their subject matter, and they understand how students learn. Educators respect the reciprocal nature of learning between educators and students. They engage in a variety of individual and collaborative learning experiences essential to develop professionally and to promote student learning. They draw on and contribute to various forms of educational research to improve their own practice.

**Principle 4: Educators collaborate with colleagues and other professionals in the interest of student learning.**

Educators encourage and support their colleagues to build and maintain high standards. They participate in decisions regarding curriculum, instruction and assessment designs, and they share responsibility for the governance of schools. They cooperate with community agencies in using resources and building comprehensive services in support of students. Educators respect fellow professionals and believe that all have the right to teach and learn in a professional and supportive environment. They participate in the preparation and induction of new educators and in professional development for all staff.

**Principle 5: Educators collaborate with parents and community, building trust and respecting confidentiality.**

Educators partner with parents and other members of the community to enhance school programs and to promote student learning. They also recognize how cultural and linguistic heritage, gender, family and community shape experience and learning. Educators respect the private nature of the special knowledge they have about students and their families and use that knowledge only in the students' best interests. They advocate for fair opportunity for all children.

**Principle 6: Educators advance the intellectual and ethical foundation of the learning community.**

Educators recognize the obligations of the trust placed in them. They share the responsibility for understanding what is known, pursuing further knowledge, contributing to the generation of knowledge, and translating knowledge into comprehensible forms. They help students understand that knowledge is often complex and sometimes paradoxical. Educators are confidantes, mentors and advocates for their students' growth and development. As models for youth and the public, they embody intellectual honesty, diplomacy, tact and fairness.

**This Code shall not be used as a basis for discipline by any employer and shall not be used by the State Education Department as a basis for a proceeding under Part 83 of Commissioner's Regulations, nor shall it serve as a basis for decisions pertaining to certification or employment in New York State. Conversely, this Code shall not be interpreted or used to diminish the authority of any public school employer to evaluate or discipline any employee under provisions of law, regulation, or collective bargaining agreement.**

Danielle Sutton
Reflection Requirements
Student Teaching Experience
Fall, 2017

4. **Pedagogy**
   - Use the Lesson Evaluation Form (pasted below) to guide your reflections in this area.

| | Planning, Preparation and Implementation | Ineffective | Developing | Effective | Highly Effective | No Evidence in this Lesson |
|---|---|---|---|---|---|---|
| 1 | Lesson plan includes all necessary elements and reflects relevant state, national, and professional standards, including Common Core reading, writing, and mathematics standards. | | | | | |
| 2 | Content and learning goals reflect teacher candidate's knowledge of the central concepts of the discipline and its modes of inquiry and argumentation. | | | | | |
| 3 | Lesson plan provides students with the opportunity to acquire disciplinary vocabulary and develop the relevant academic language. | | | | | |
| 4 | Learning goals are developmentally appropriate and are based upon assessment of students' prior academic knowledge, experience, skills, pre-, and misconceptions. | | | | | |
| 5 | Lesson is founded upon essential questions that are designed to promote higher-level thinking skills. | | | | | |
| 6 | Instruction and assessment include appropriate adaptations and accommodations for ELLs and/or exceptional students. | | | | | |
| 7 | Lesson plan includes assessments that determine the extent to which students have met the lesson learning goals. | | | | | |
| 8 | Lesson integrates technology as a learning tool. | | | | | |
| | **Comments:** | | | | | |

Danielle Sutton
Reflection Requirements
Student Teaching Experience
Fall, 2017

| | The Classroom Environment | Ineffective | Developing | Effective | Highly Effective | No Evidence in this Lesson |
|---|---|---|---|---|---|---|
| 9 | Teacher candidate prepares and manages instructional materials in a manner that promotes student learning. | | | | | |
| 10 | Teacher candidate has established effective classroom management routines and procedures to optimize instructional time. | | | | | |
| 11 | Teacher candidate monitors and responds to student behavior in a manner conducive to a mutually respectful, safe and supportive learning environment. | | | | | |
| | **Comments:** | | | | | |
| | **Instruction** | Ineffective | Developing | Effective | Highly Effective | No Evidence in this Lesson |
| 12 | Opening of lesson motivates students and helps prepare them to meet the lesson objectives. | | | | | |
| 13 | Teacher candidate leads questioning, facilitates discussion, models disciplinary reasoning, and allows for proper wait time in a manner that promotes higher-level thinking. | | | | | |
| 14 | Provides effective feedback in ways that promote student learning. | | | | | |
| 15 | Teacher candidate provides students with the opportunity to develop and apply relevant discipline-specific vocabulary and language functions to develop and express their content understanding. | | | | | |

Danielle Sutton
Reflection Requirements
Student Teaching Experience
Fall, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| **16** | Teacher candidate uses language, body language, target language (where applicable), voice and eye contact to communicate clearly and appropriately. | | | | | |
| **17** | Teacher candidate demonstrates enthusiasm for subject matter and students. | | | | | |
| **18** | Teacher candidate effectively uses instructional time. | | | | | |
| **19** | Students are engaged in the lesson. | | | | | |
| **20** | Teacher candidate integrates authentic, real-world and/or interdisciplinary activities. | | | | | |
| **21** | Teacher candidate uses formal and informal assessment to monitor student learning and adapt instruction. | | | | | |
| **22** | Students are engaged in collective problem solving using collaborative learning techniques. | | | | | |
| **23** | Teacher candidate effectively implements adaptions for ELLs and exceptional students. | | | | | |
| **24** | The lesson ending provides productive closure and enables the teacher candidate to assess actual student learning. | | | | | |
| **25** | Overall evaluation of lesson | | | | | |
| | **Comments:** | | | | | |

Danielle Sutton
Reflection Requirements
Student Teaching Experience
Fall, 2017

| | Professional Responsibilities | Ineffective | Developing | Effective | Highly Effective | No Evidence in this Lesson |
|---|---|---|---|---|---|---|
| 26 | Teacher candidate seeks input in lesson planning and preparation and incorporates feedback and suggestions from mentoring teachers. | | | | | |
| 27 | Teacher candidate arrives on time, is professionally dressed, is well prepared, demonstrates necessary organizational skills, and always returns assignments in a timely fashion. | | | | | |
| | **Comments:** | | | | | |