UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
DANIELLE SUTTON,

                                       Plaintiff,                       CV 18-7434
                                                                               (JS)(ARL)

     -against-

STONY BROOK UNIVERSITY, NICOLE GALANTE in her Individual
and Official Capacities, CHARLES TABER in his Official Capacity,

                                        Defendants.
----------------------------------------------------------------------x

## DECLARATION IN SUPPORT OF MOTION TO DISMISS

       MELISSA JORDAN, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

       1.     I am the Senior Assistant Dean of Records and Admissions at the Graduate School at Stony Brook University. I have held this position since July 2013. In this position, I am responsible for the oversight of the Graduate School's processes and procedures as they relate to student records, admissions, and degree clearances. My responsibilities include involvement in instances of dismissal from graduate academic programs. As such, I am fully familiar with the policies and procedures relating to academic dismissal, and am fully familiar with Plaintiff Danielle Sutton's academic dismissal, and with the facts and circumstances relating thereto. I submit this declaration in support of Defendants' motion to dismiss pursuant to F.R.C.P. 12(b)(1) and (6).

       2.     Attached hereto as Exhibit 1 is a true and accurate copy of the October 25, 2017 letter from Charles Taber to Plaintiff Danielle Sutton, which I have maintained in Stony Brook's records in the regular course of business in my capacity as the Senior Assistant Dean of Records and Admissions at the Graduate School.

3. Attached hereto as Exhibit 2 is a true and accurate copy of the November 13, 2017 letter from Charles Taber to Plaintiff Danielle Sutton, which I have maintained in Stony Brook's records in the regular course of business in my capacity as the Senior Assistant Dean of Records and Admissions at the Graduate School.

4. Attached hereto as Exhibit 3 is a true and accurate copy of the December 19, 2017 letter from Charles Taber to Plaintiff Danielle Sutton, including enclosure of the "GCAC Report in the Case of Danielle Sutton," which I have maintained in Stony Brook's records in the regular course of business in my capacity as the Senior Assistant Dean of Records and Admissions at the Graduate School.

Dated: Stony Brook, New York
       March 21, 2019

By: _____
    Melissa Jordan