Stony Brook University

**The Graduate School**
Office of the Dean
2401 Computer Science
Stony Brook, NY 11794-4433

TEL: 631.632.7035
FAX: 631.632.7610

Charles.taber@stonybrook.edu

October 25, 2017

PO Box 113
Oakdale, NY 11769

Dear Ms. Danielle Sutton,

As per University guidelines, this letter is to inform you that your standing in the Graduate Program in the Master of Arts in Teaching, English is in default. Dr. Nicole Galante, Graduate Program Director, has informed me that you failed to agree to the milestones established by your program by the deadline date of October 24, 2017. These milestones included completing a deep reflection paper of your practice, professionalism, and commitment to the profession and to meet with Dr. Galante the week of December 11, 2017 to discuss your reflections. Additionally, the milestones required you to sign a Spring 2018 Student Teaching Contract.

Due to your failure to agree to these milestones by the set deadline date, Dr. Galante has recommended that you be dismissed from the program. Based on the information presented to me, the recommendation to dismiss you appears reasonable.

Effective immediately, you are dismissed from the English Teacher Education Program at Stony Brook University. You should no longer attend any courses in the program.

I strongly encourage you to review the policy on dismissals and appeals in the Graduate Bulletin (http://sb.cc.stonybrook.edu/gradbulletin/current/regulations/academic_probation/index.php). You may contact Ms. Melissa Jordan if you wish to pursue an appeal.

Sincerely,

Charles S. Taber
Vice Provost for Graduate and Professional Education

cc: Ken Lindblom, Dean, School of Professional Development
Nicole Galante, Graduate Program Director, MAT English
Melissa Jordan, Senior Assistant Dean Records & Admissions

SUNY