

**The Graduate School**
Office of the Dean
2401 Computer Science
Stony Brook, NY 11794-4433

TEL: 631.632.7035
FAX: 631.632.7610

Charles.taber@stonybrook.edu

November 13, 2017

PO Box 113
Oakdale, NY 11769

Dear Ms. Sutton,

I write in response to your October 30, 2017 letter to the Offices of the Registrar and Financial Aid.

The withdrawal from the School of Professional Development was the result of your October 25, 2017 dismissal from the University's English Teacher Education Program. You have since appealed that dismissal. The withdrawal has been reversed pending a final determination by the University of your appeal. The Office of Financial Aid has been advised of this action and will make the appropriate adjustments to your account.

Please understand however, your dismissal from the program is still in effect; you are no longer enrolled in the program and may not attend classes or seminars.

Access to your University email account is enabled and will continue pending a final determination by the University of your appeal.

Sincerely,

Charles S. Taber
Vice Provost for Graduate and Professional Education

cc:  Ken, Lindblom, Dean, School of Professional Development
     Diane Bello, Registrar, Office of the Registrar
     Jacqueline Pascariello, Director, Office of Financial Aid and Scholarship Services
     Melissa Jordan, Senior Assistant Dean Records & Admissions, Graduate School